IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joseph Odom, :

    Plaintiff, :

v. : Case No. 2:06-cv-0061

Reginald Wilkinson, et al., : JUDGE SARGUS

    Defendants. :

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 30, 2006. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. Mr. Odom's request for $5 million in monetary damages is DISMISSED AS FRIVOLOUS. The case remains pending with respect to the claims for prospective relief.

Date: 5-24-2006

Edmund A. Sargus, Jr.
United States District Judge